IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NATASHA KISSY MAMIE RILEY,**

    **Plaintiff,**

v.                                        Case No. 4:21-cv-313-AW-MAF

**HECTOR CUEVAS, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 8 Report and Recommendation. ECF No. 8. I have also considered de novo the objections. ECF No. 9. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1.    The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2.    The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and as an impermissible shotgun complaint."

3.    The clerk will close the file.

SO ORDERED on November 7, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge